UNITED STATES of America, Appellant,

v.

Edward F. OWEN and Dolores Owen.

No. 15512.

United States Court of Appeals
Eighth Circuit.
April 17, 1956.

Charles K. Rice, Asst. Atty. Gen., and Harry W. Shackelford, U. S. Atty., Omaha, Neb., for appellant.

David W. Swarr and Edson Smith, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. 134 F.Supp. 31.

Vernon Eugene GOODSON

v.

C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 5306.

United States Court of Appeals
Tenth Circuit.
March 1, 1956.

No appearance for appellant.

William C. Farmer, U. S. Atty., and Milton P. Beach, Asst. U. S. Atty., Topeka, Kan., for appellee.

BRATTON, Chief Judge.

Dismissed on motion of appellant.

Allossie Lois PEOPLES

v.

Sarah PEOPLES.

No. 5325.

United States Court of Appeals
Tenth Circuit.
March 9, 1956.

William P. Horan, and Charles O. Erbaugh, Denver, Colo., for appellant.

Samuel D. Menin, Denver, Colo., for appellee.

BRATTON, Chief Judge.

Dismissed pursuant to stipulation of the parties.

Ralph G. WOOTAN and Corrinne Wootan

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 5341.

United States Court of Appeals
Tenth Circuit.
March 20, 1956.

Charles E. Dierker and John E. Marshall, Oklahoma City, Okl., for petitioners.

Charles K. Rice, Acting Asst. Atty. Gen., and Lee A. Jackson, Atty., Department of Justice, Washington, D. C., and John Potts Barnes, Chief Counsel, and Charles E. Lowery, Sp. Atty., Internal Revenue Service, Washington, D. C., for respondent.

Before BRATTON, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Dismissed on motion of petitioners. 12 T.C. 659.